HELEN PETERSON, Respondent, v. RIALTO TOURIST COMPANY, INC., and DE LUXE SIGHTSEEING COMPANY, INC.. Appellants.— Judgment unanimously affirmed, with costs, upon authority of *Peterson* v. *Rialto Tourist Co., Inc.* ( *No. 1* ) (*post,*

p. 819), decided herewith. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.